UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                     Case No.  01-cr-126-01-SM

Shakira Fuchu

O R D E R

Defendant Fuchu's motion to continue the final pretrial conference and trial is granted (document 13). Trial has been rescheduled for the May 2007 trial period. Defendant Fuchu shall file a waiver of speedy trial rights not later than February 27, 2007. On the filing of such waiver, this continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** April 23, 2007 at 3:30 p.m.

**Jury Selection**: May 1, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

February 16, 2007

cc: Mark Irish, AUSA
    Michael MacDonald, Esq.
    William J. Kobuszewski, Esq.
    US Probation
    US Marshal